**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01116-CV

### CHRISTY HAYES A/K/A CHRISTY MAYO, Appellant

### V.

### MAYLON S. JOHNSON, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01963-2017**

## ORDER

Before the Court is appellant's October 18, 2018 motion for an extension of time to file a reply brief. We **GRANT** the motion. We **ORDER** the reply brief tendered to this Court by appellant on October 17, 2018 filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE